IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                              NO. 4:13CR00203 SWW

REMMELE MAZYCK                                                     DEFENDANT

## ORDER AMENDING JUDGMENT

IT IS ORDERED that the Judgment and Commitment be amended to reflect the total amount of the special assessment to be **$200.00 on pages 5 and 6 of the Judgment and Commitment [doc #10]** and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 14th day of November 2013.

/s/Susan Webber Wright

United States District Judge